DANIEL W. ROWLEY, #109408
drowley@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Juan Moreno,<br><br>   Plaintiff,<br><br>  v.<br><br>Lanny George Taylor, in his individual and representative capacity as trustee of the Lanlor Trust;<br>Lorrie Ann Taylor, in her individual and representative capacity as trustee of the Lanlor Trust;<br>Lanny George Taylor; and Does 1-10,<br><br>   Defendants. | CASE NO. 1:14-CV-00556-AWI-MJS<br><br>**Stipulation to Extend Time to Respond to Complaint and Proposed Order Thereon** |

   WHEREAS, the Defendants in this action were served with the Complaint on April 26, 2014,

   WHEREAS, the Defendants are the owners of commercial property allegedly visited by Plaintiff (the "Property"),

   WHEREAS, the Complaint contains allegations of violations of the Americans with Disabilities Act ("ADA") and related causes of action,

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

7354-4\00310659.000

1:14-CV-00556-AWI-MJS
Stipulation to Extend Time to Respond to Complaint

WHEREAS, the parties are attempting to resolve this matter without further litigation,

WHEREAS, offers and counteroffers have been exchanged and the parties are making progress,

WHEREAS, the parties, by and through their attorneys, have previously submitted a Stipulation and Order extending the time to respond to May 30, 2014,

WHEREAS, additional time is necessary to complete settlement discussions,

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record as follows:

1. Defendants shall have until June 13, 2014, to answer or otherwise respond to the Plaintiff's complaint.

DATED: May 30, 2014          GILMORE, WOOD, VINNARD & MAGNESS

By:   /s/ Daniel W. Rowley
Daniel W. Rowley
Attorneys for Defendants LANNY G. TAYLOR and LORRIE A. TAYLOR, CO-TRUSTEES OF LANLOR TRUST DATED AUGUST 23, 2007; LANNIE G. TAYLOR dba FOWLER UNION 76 aka FOWLER 76

DATED: May 30, 2014          CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff JUAN MORENO

GILMORE, WOOD, VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7354-4\00310659.000                   2                   1:14-CV-00556-AWI-MJS
Stipulation to Extend Time to Respond to Complaint

## **ORDER**

Good cause appearing, the above Stipulation is approved and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated: June 6, 2014          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

7354-4\00310659.000                    3                    1:14-CV-00556-AWI-MJS
                                        Stipulation to Extend Time to Respond to Complaint